UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID ERNESTO MACKEY,<br><br>                 Petitioner,<br><br>v.<br><br>BRANDON PRICE, et al.,<br><br>                 Respondents. | Case No.: 20cv0962-LAB (MDD)<br><br>**ORDER DISMISSING CASE WITHOUT PREJUDICE** |

      Petitioner has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254 but has failed to pay the $5.00 filing fee or submit a request to proceed in forma pauperis. (ECF No. 1.) Because this Court cannot proceed until Petitioner has either paid the $5.00 filing fee or qualified to proceed in forma pauperis, the Court **DISMISSES** the case without prejudice. To have this case reopened, Petitioner must submit, **no later than July 27, 2020,** a copy of this Order with the $5.00 fee or with adequate proof of his inability to pay the fee. The Clerk of Court will include a blank Southern District of California In Forma Pauperis application to Petitioner along with a copy of this Order.

      **IT IS SO ORDERED.**

Dated: May 26, 2020

*Larry A. Burns*
Hon. Larry Alan Burns
Chief United States District Judge